[No. 42838-5-II.   Division Two.   September 4, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. KODY CHIPMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 11-1-00491-4, Paula Casey, J., entered October 26, 2011. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Hunt and Bjorgen, JJ.

[No. 42984-5-II.   Division Two.   September 4, 2013.]

*In the Matter of the Guardianship of* CAROLYN K. PLOTKE.

LEO K. PLOTKE, *Appellant*, v. YVONNE POLKOW, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 08-4-00624-8, Diane M. Woolard, J., entered December 16, 2011. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Quinn-Brintnall, J., and Dalton, J. Pro Tem.

[No. 43001-1-II.   Division Two.   September 4, 2013.]

JOHN E. PETERSEN, JR., ET AL., *Appellants*, v. BASELINE ENGINEERING, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-2-10731-8, Susan Serko, J., entered January 13, 2011. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Penoyar and Bjorgen, JJ.

[No. 43125-4-II.   Division Two.   September 4, 2013.]

MATTHEW ANDERSON, *Appellant*, v. TAMRA ANDERSON, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-3-02827-4, Edmund Murphy, J., entered February 3, 2012. *Reversed* by unpublished opinion per Penoyar, J., concurred in by Hunt and Bjorgen, JJ.